To Charles R. Gibbs (Texas State Bar No. 07846300)
Eric C. Seitz (Texas State Bar No. 24067863)
**MCDERMOTT WILL & EMERY LLP**
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-8081
crgibbs@mwe.com
eseitz@mwe.com

*ATTORNEYS FOR PIZZA HUT, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| In re:<br><br>**EYM PIZZA, L.P.,** *et al.*,<br><br>Debtors. | § Case No. 24-41669<br>§<br>§ Chapter 11<br>§<br>§ **(Jointly Administered)**<br>§ |

**PIZZA HUT, LLC'S RESERVATION OF RIGHTS REGARDING
DEBTORS' MOTION TO REJECT LEASES**

Pizza Hut, LLC ("Pizza Hut"), by and through its undersigned counsel, hereby files *Pizza Hut, LLC's Reservation of Rights Regarding Debtors' Motion to Reject Leases* (the "Reservation of Rights") to the *Debtors' Motion to Reject Leases* [Docket No. 234] (the "Lease Rejection Motion").[1] In support of this Reservation of Rights, Pizza Hut respectfully represents as follows:

1. As discussed in previous filings by Pizza Hut in these chapter 11 cases, Pizza Hut is the franchisor of Pizza Hut® restaurants and one of the world's largest and most successful restaurant companies, offering pizza, pasta, wings, and other Italian-style food items in almost

---

[1] Any capitalized terms used but not defined herein shall have the meanings ascribed to such terms as set forth in the Lease Rejection Motion.

20,000 restaurants in over 73 countries, including more than 6,500 Pizza Hut restaurants in the United States. *See, e.g.,* Docket Nos. 136, 239, 249.

2. Pizza Hut historically was the franchisor with respect to the Debtors' restaurants. However, the six franchise agreements governing all the Debtors' locations in Indiana, Illinois, Georgia and South Carolina were terminated prepetition and the franchise agreement with respect to the Debtors' locations in Wisconsin terminated according to its terms postpetition (together, the "Terminated Franchise Agreements"). *See, e.g.,* Docket Nos. 13 and 136. Accordingly, the Debtors are now and have been throughout these bankruptcy cases operating their locations as Pizza Hut-branded restaurants and generating all of their income without any underlying franchise agreements. By continuing to utilize Pizza Hut's intellectual property and other support services to operate their businesses, the Debtors have accrued significant postpetition administrative claims held by Pizza Hut.

3. Because of the guardrails provided by the Court-approved bankruptcy process, Pizza Hut has agreed to allow the Debtors to operate without franchise agreements (while fully reserving all its rights with respect thereto), out of a desire to preserve its footprint in these communities for the benefit of the Pizza Hut team members and customers connected to these restaurants, other franchisees and other creditors in these chapter 11 cases. *See, e.g.,* Docket Nos. 13 and 136. But the time to pay the piper is nearing. Pizza Hut intends to file a motion seeking allowance of an administrative expense claim as a result of the value provided to the Debtors' estates through the continued use of Pizza Hut's intellectual property and other support services.[2]

---

[2] As Pizza Hut set forth in its *Statement and Reservation of Rights of Pizza Hut, LLC Regarding the Debtors' Motion for Use of Cash Collateral* [Docket No. 136], Pizza Hut will seek "[a]n allowed administrative expense claim for the post-petition period, senior to all claims and liens over the Debtors' assets, including those of the Secured Lender, at a rate commensurate to the fees to which Pizza Hut and its advertising partner International Pizza Hut Franchise Holder's Association would have been entitled under the Debtors' various franchise agreements prior to their termination (the "Post-Petition Operating Fees")

2

4. By the Lease Rejection Motion, the Debtors contemplate the rejection of approximately 49 real property leases (collectively, the "Lease Rejections") related to the Debtors' portfolio of Pizza Hut-branded restaurants. These rejections are part-and parcel to the Debtors' proposed sale of substantially all of its assets (collectively, the "Sale"), with respect to which an auction was held on January 28, 2025 (the "Auction"). To be clear, Pizza Hut is supportive of both the Lease Rejections and the Sale as a result of the Auction, and nothing contained in this Reservation of Rights should be construed as an objection to either.

5. However, any Sale proposed by the Debtors must constitute not only the highest and best offer for the assets being sold in the Debtors' business judgment (see *Gluckstadt Holdings, L.L.C. v. VCR I, L.L.C. (In re VCR I, L.L.C.)*, 922 F.3d 323, 326-327 (5th Cir. 2019)), but also must be a result of an informed decision rooted in good faith for this business judgment standard to apply. *See, e.g. In re Celsius Network LLC*, No. 22-10964 (MG), 2022 WL 16641766, at *2 (Bankr. S.D.N.Y. Nov. 2, 2022) ("A debtor's business judgment will be respected if the debtor made *an informed decision in good faith* and with the honest belief that the action taken is in the best interests of the company.") (quotation marks and citation omitted; emphasis added); *see also F.D.I.C. v. Christensen*, No. 3:13-CV-00109-PK, 2013 WL 3305242, at *3 (D. Or. June 28, 2013) (citing ALI Principles, Comment to § 4.01(c)) ("[t]he great weight of case law and commentator authority supports the proposition that an informed decision . . . is a prerequisite to the legal insulation afforded by the business judgment rule.").

6. To the extent that it is later determined that the Sale was not based on informed business judgment reached through a good faith process, Pizza Hut reserves all rights to raise that issue to the extent it was detrimental to Pizza Hut or the Debtors' bankruptcy estates, notwithstanding its acquiescence to the Lease Rejections or the Sale.

7. Accordingly, Pizza Hut reserves any and all rights, and Pizza Hut's consent to the Lease Rejections or the Sale should not be construed as a waiver of any Pizza Hut's ability and right to raise any issues with respect to the Debtors' good faith.

Dated: January 29, 2025                                    Respectfully Submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs (Texas State Bar No. 07846300)
Eric C. Seitz (Texas State Bar No. 24067863)
**MCDERMOTT WILL & EMERY LLP**
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: (214) 295-8000
crgibbs@mwe.com
eseitz@mwe.com

***COUNSEL FOR PIZZA HUT, LLC***

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that on January 29, 2025, he caused a true and correct copy of the foregoing *Pizza Hut, LLC's Reservation of Rights Regarding Debtors' Motion to Reject Leases* (the "Reservation of Rights") to be served on all registered users of the CM/ECF system for the United States Bankruptcy Court for the Eastern District of Texas who have appeared in these chapter 11 cases, as reflected on the attached Service List. The undersigned further certifies that on January 30, 2025, he caused a true and correct copy of the Reservation of Rights to be served on certain parties by First Class U.S. Mail, as reflected on the attached Service List.

                                        */s/ Eric C. Seitz*
                                        Eric C. Seitz

## SERVICE LIST

### Notice of Appearance Parties

John K. Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, Texas 75207
E-mail: dallas.bankruptcy@lgbs.com

Counsel for Irving ISD and Dallas County

*VIA ECF*

Leslie C. Heilman
Margaret A. Vesper
Ballard Spahr LLP
919 N. Market St., 11th Fl.
Wilmington, Delaware 19801
E-mail: heilmanl@ballardspahr.com
vesperm@ballardspahr.com

Counsel for Brixmor Operating Partnership LP

*VIA ECF*

Jacob Johnson
Alston & Bird LLP
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309
E-mail: jacob.johnson@alston.com

Counsel for McLane Foodservice, Inc.

*VIA ECF*

Kennedy R. Bodnarek
Alston & Bird LLP
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309
E-mail: kennedy.bodnarek@alston.com

Counsel for McLane Foodservice, Inc.

*VIA ECF*

Sidney H. Scheinberg
Godwin Bowman PC
500 N. Akard Street, Suite 1100
Dallas, Texas 75201
E-mail: SScheinberg@GodwinBowmancom

Counsel for Timmerman Commons LLC

*VIA ECF*

Weldon L. Moore III
Sussman & Moore, LLP
2911 Turtle Creek Blvd., Suite 1100
Dallas, Texas 75219
E-mail: wmoore@csmlaw.com

Counsel for Commonwealth Edison Company, Dominion Energy South Carolina, Inc., and Georgia Power Company

*VIA ECF*

1

| | |
|---|---|
| J. Seth Moore<br>Snell & Wilmer L.L.P<br>2501 North Harwood Street, Suite 1850<br>Dallas, Texas 75201<br>E-mail: semoore@swlaw.com<br><br>Counsel for SMBC MANUBANK<br><br>*VIA ECF* | Zachary A. Cooper<br>Snell & Wilmer L.L.P<br>2501 North Harwood Street, Suite 1850<br>Dallas, Texas 75201<br>E-mail: zcooper@swlaw.com<br><br>Counsel for SMBC MANUBANK<br><br>*VIA ECF* |
| Andrew J. Steil<br>William J. Schumacher<br>Michael Stephani<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, Minnesota 55402<br>E-mail: asteil@winthrop.com;<br>wschumacher@winthrop.com;<br>mstephani@winthrop.com<br><br>Counsel for The Northern Trust Company<br><br>*VIA ECF* | Joseph D. Frank<br>FrankGecker LLP<br>1327 W. Washington Blvd., Suite 5 G-H<br>Chicago, Illinois 60607<br>E-mail: jfrank@fgllp.com<br><br>Counsel for PepsiCo Sales, Inc., Bottling Group, LLC, and PepsiCo Beverage Sales, LLC<br><br>*VIA ECF* |
| Wayne R. Terry<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436-2829<br>E-mail: wterry@hrhlaw.com<br><br>Counsel for Realty Income Corporation<br><br>*VIA ECF* | Keith C. Glaser<br>Law of Office of Keith C. Glaser, LLC<br>S75W17237 Janesville Road, Suite 100<br>Muskego, Wisconsin 53150<br>E-mail: keith@kcglaw.com<br><br>Counsel for Bavaria Equities 1107, LLC<br><br>*VIA ECF* |
| Tomasz A. Sobieraj<br>SATC \| Law<br>222 W. Adams St., Suite 3050<br>Chicago, Illinois 60606<br>E-mail: tsobieraj@satclaw.com<br><br>Counsel for NRF IX – HILLSIDE, LLC<br><br>*VIA ECF* | Matthew R. McCarley<br>Forester Haynie, PLLC<br>400 N. Saint Paul Street, Suite 700<br>Dallas, Texas 75201<br>E-mail: mccmat2000@yahoo.com<br><br>Counsel for Mark Lofton, et al.<br><br>*VIA ECF* |

Iana A. Vladimirova
222 West Washington Avenue
Suite 900
Madison, Wisconsin 53703
E-mail: ivladimirova@staffordlaw.com

Counsel for Maddie LLC

*VIA ECF*

John Adam Powers
Brotschul Potts LLC
1 Tower Lane, Suite 2060
Oakbrook Terrace, Illinois 60181
E-mail: apowers@brotschulpotts.com

Counsel for 5836 Harlem LLC

*VIA ECF*

Kyle Woodard
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202
E-mail: kwoodard@krcl.com

Counsel for M & C Town Center LLC, Core Valpo, LLC, and SWM-Valpo, LLC

*VIA ECF*

James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, Texas 77706
E-mail: jwk@offermanking.com

Counsel for Keen Realty & Management, LLC

*VIA ECF*

Olivier H. Reiher
1200 North Mayfair Road, Suite 430
Milwaukee, Wisconsin 53226-3282
E-mail: oreiher@staffordlaw.com

Counsel for Maddie LLC and CBF Investments Company, LLC

*VIA ECF*

Wyatt Shirley
Curtis Law, P.C.
901 Main Street, Suite 6515
Dallas, Texas 75202
E-mail: wshirley@curtislaw.net

Counsel for FCPT Holdings, LLC

*VIA ECF*

Armistead M. Long
Gordon Arata Montgomery Barnett McCollam DuPlantis & Eagan, LLC
1015 Saint John Street
Lafayette, Louisiana 70501
E-mail: along@gamb.com

Counsel for National Surety Trust II, LLC

*VIA ECF*

James M. Yannakopoulos
425 Joliet Street, Suite 425
Dyer, Indiana 46311
E-mail: JYannako@KBLegal.net

Counsel for National Surety Trust II, LLC

*VIA ECF*

3

Monique B. DiSabatino
Saul Ewing LLP
1201 N. Market St.
Suite 2300
P.O. Box 1266
Wilmington, DE 19899
E-mail: monique.disabatino@saul.com

Counsel for Franklin Station LLC and Market Walk Station LLC

*VIA ECF*

Steven D. Jerome
Snell & Wilmer L.L.P
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556

Counsel for SMBC MANUBANK

*VIA FIRST CLASS MAIL*

Jeremy C. Kleinman
FrankGecker LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois 60607

Counsel for PepsiCo Sales, Inc., Bottling Group, LLC, and PepsiCo Beverage Sales, LLC

*VIA FIRST CLASS MAIL*

John Ryan Potts
Brotschul Potts LLC
1 Tower Lane, Suite 2060
Oakbrook Terrace, Illinois 60181

Counsel for 5836 Harlem LLC

*VIA FIRST CLASS MAIL*

Jules P. Slim
PO Box 140307
Irving, Texas 75014-0307
E-mail: jslim@slimlawfirm.com

Counsel for Mark Lofton, et al.

*VIA ECF*

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103

Counsel for Commonwealth Edison Company, Dominion Energy South Carolina, Inc., and Georgia Power Company

*VIA FIRST CLASS MAIL*

Matthew R. McCarley
Katherine I. Serrano
Forester Haynie, PLLC
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201

Counsel for Mark Lofton, et al.

*VIA FIRST CLASS MAIL*

Stephanie D. Curtis
Curtis Law, P.C.
901 Main Street, Suite 6515
Dallas, Texas 75202

Counsel for FCPT Holdings, LLC

*VIA FIRST CLASS MAIL*

4

| | |
|---|---|
| Khaled Tarazi<br>Buchalter, PC<br>15279 N. Scottsdale Road, Suite 400<br>Scottsdale, Arizona 85254-2659<br><br>Counsel for FCPT Holdings, LLC<br><br>*VIA FIRST CLASS MAIL* | Chad Eisenback<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br><br>Counsel for Chelsey Simmons<br><br>*VIA FIRST CLASS MAIL* |

### Debtors' Counsel

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
E-mail: hspector@spectorcox.com

Counsel for the Debtors and Debtors in Possession

*VIA ECF*

5

**U.S. Trustee**

| | |
|---|---|
| Office of the U.S. Trustee<br>110 North College Avenue<br>Suite 300<br>Tyler, Texas 75702-0204<br><br>*VIA FIRST CLASS MAIL* | Office of the U.S. Trustee<br>Attn: John M. Vardeman<br>110 North College Avenue<br>Suite 300<br>Tyler, Texas 75702-0204<br>E-mail: john.m.vardeman@usdoj.gov<br><br>*VIA ECF* |