Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

**ATTORNEY FOR THE DEBTORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **CASE NO. 24-41669-11** |
| | § | |
| **EYM Pizza, L.P., et al.,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

## NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH RESPECT TO THE AUCTION OF CERTAIN OF THE DEBTORS' ASSETS AND ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES

On December 12, 2024, the United States Bankruptcy Court for the Eastern District of Texas (the "Court") entered the *Order Approving In Part Debtors' Motion For Entry Of An Order (I) Approving Stalking Horse Bids And Bid Protections, (II) Establishing Notice And Procedures For The Sale Of Assets And The Assumption And Assignment Of Contracts And Leases, (III) Scheduling Hearings In Connection With The Sale Of Assets And The Assumption Of Executory Contracts And Unexpired Leases; (IV) Establishing Procedures In Connection With The Sale Of Assets And The Assumption Of Executory Contracts And Unexpired Leases; (V) Approving Assumption And Assignment Of Contracts And Leases, And (VI) Approving The Sale Of The Debtors' Assets* [Docket No. 224] (the "Sale Procedures Order")[1] by which the Court approved

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in

procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "<u>Auction</u>") for the sale or transfer (the "<u>Sales</u>") of certain unexpired leases (collectively, the "<u>Leases</u>") with respect to certain locations identified on **<u>Exhibit A</u>** hereto.

**PLEASE TAKE FURTHER NOTICE** that on January 22, 2025, the Court entered the *Order Granting Emergency Motion to Modify the Sale Procedures Order Deadlines* (Dkt. 267) (the "<u>Modification Order</u>") and the Auction was rescheduled to January 28, 2025, at 9:00 a.m. prevailing Central Time.

**PLEASE TAKE FURTHER NOTICE** that, on January 28, 2025, pursuant to the Sale Procedures Order, the Debtors conducted the Auction at the Magnolia Hotel, located at 1401 Commerce St, Dallas, Texas, 75201. Attendees were permitted to attend in person or through Zoom.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in consultation with National Franchise Sales ("<u>NFS</u>"), and in a reasonable exercise of their business judgment, selected the Successful Bidders and Backup Bidders identified on **<u>Exhibit B - D</u>** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the sale, liquidation, or other disposition of the Leases to the Successful Bidders or Backup Bidders at the Auction, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Brenda Rhoades, United States Bankruptcy Court for the Eastern District of Texas, 660 North Central Expressway, Suite 300B, Plano, Texas 75074, **<u>on February 12, 2025, at 10:00 a.m. (prevailing Central Time)</u>** (the "<u>Sale Hearing</u>").

---

the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, that at the Sale Hearing, the Debtors will seek the Court's approval of the bids of the Successful Bidders or Backup Bidders pursuant to an order (the "Sale Order"). Unless the Court orders otherwise or as agreed to by the applicable parties, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sales and there will be no further bidding at the Sale Hearing.  The Sale Hearing may be continued if circumstances warrant.

**PLEASE TAKE FURTHER NOTICE** that the Debtors believe that the party to which each applicable unexpired lease, as applicable, will be assigned has the financial wherewithal to meet all future obligations under such unexpired lease and the Debtors will provide evidence thereof to such applicable lease counterparty (and their counsel, if known) thereby demonstrating that the assignee of the lease has the ability to comply with the requirements of adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that parties objecting to the proposed assumption and assignment, proposed cure amount, and/or to the Successful Bidder's proposed form of adequate assurance of future performance must file a written objection (each, a "Lease Sale Objection") so that such objection is filed with the Court by **February 7, 2025 at 4:00 p.m. (prevailing Central Time**) and serve such Lease Sale Objection on counsel to the Debtors.  A schedule of cure amounts will be filed and served separately.

**PLEASE TAKE FURTHER NOTICE** that, if a Lease Sale Objection is timely filed and not withdrawn or resolved, such objection will be heard at the Sale Hearing or such other date and time as agreed to by the Debtors and the objecting party or ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Sale Procedures Order, and the Debtors encourage parties in interest to review such documents, including the Bidding Procedures, in their entirety. Copies of pleadings related

to the Auction and Sale, including the Sale Procedures Order approved by the Bankruptcy Court, are available on the Bankruptcy Court's website (for a fee) at www.txeb.uscourts.gov.]

**PLEASE TAKE FURTHER NOTICE** that the relief set forth in the Sale Order remains subject to Court approval and the Debtors' continued exercise of their fiduciary duties.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to entertain additional bids and to continue to evaluate what parties should be designated Successful Bidders and Backup Bidders, and will file a notice with the Court in the event of any amendments to this Notice. Designation of a Successful Bidder and Backup Bidder does not constitute acceptance of a bid by the Debtors.

Dated: January 30, 2025.

Respectfully submitted,

By:    */s/ Howard Marc Spector*
       Howard Marc Spector
       TBA #00785023

SPECTOR & COX, PLLC
Banner Place, Suite 850
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

COUNSEL FOR THE DEBTORS

# <u>EXHIBIT A</u>

## LIST OF ALL STORES

| Unit | Title | Address | City | ST | Zip |
|------|-------|---------|------|----|----|
| 34713 | Hinesville Delco | 443 W General Screven Way | Hinesville | GA | 31313 |
| 34716 | Rincon  (Office) | 5667 Hwy 21 South - Suite 103 | Rincon | GA | 31326 |
| 34717 | Statesboro Delco | 860 Buckhead Dr | Statesboro | GA | 30458 |
| 34719 | Waycross R2KD | 1110 Plant Ave | Waycross | GA | 31501 |
| 34723 | Berwick (Office) | 5730 Ogeechee Road | Savannah | GA | 31405 |
| 34726 | Baxley | 503 W Parker St, Unit C | Baxley | GA | 31513 |
| 34728 | Springfield | 1451 Highway 21 South - Suite E | Springfield | GA | 31329 |
| 34730 | Richmond Hill | 60 Exchange St | Richmond Hill | GA | 31324 |
| 34731 | Sandersville | 610 S Harris St, Suite C | Sandersville | GA | 31082 |
| 34737 | Metter | 743 S Lewis St | Metter | GA | 30439 |
| 34740 | Alma | 803 S Pierce Street | Alma | GA | 31510 |
| 34741 | Vidalia | 1601 E First St | Vidalia | GA | 30474 |
| 34742 | Garden City | 5212 Augusta Road | Garden City | GA | 31408 |
| 34743 | Sylvania | 514 W Ogeechee St | Sylvania | GA | 30467 |
| 34744 | Pooler | 423-A US Hwy 80 W | Pooler | GA | 31322 |
| 34745 | Mall Blvd | 318 Mall Blvd. | Savannah | GA | 31406 |
| 34746 | Wilmington Island | 205 Johnny Mercer Blvd | Savannah | GA | 31410 |
| 34747 | Adel (Office) | 702A West 4th Street | Adel | GA | 31620 |
| 34748 | Hinesville (office) | 1067 W Oglethorpe | Hinesville | GA | 31313 |
| 32421 | Shorewood | 659 Brook Forest Ave. | Shorewood | IL | 60404 |
| 32425 | Morton Grove | 7957 Golf Rd | Morton Grove | IL | 60053 |
| 32426 | Bourbonnais | 559 Main St, NW | Bourbonnais | IL | 60914 |
| 32427 | Sycamore | 1170 DeKalb Avenue - Suite 104A | Sycamore | IL | 60178 |
| 32429 | New Lenox | 525 E. Lincoln Highway | New Lenox | IL | 60451 |
| 32430 | Plano | 7000 Burroughs - Suite D104 | Plano | IL | 60545 |
| 32431 | Dempster | 5620 Dempster St | Morton Grove | IL | 60053 |
| 32432 | 88th & Stony IL | 8849 S Stony Island Ave | Chicago | IL | 60617 |
| 32433 | 47th & Damen | 2042 W 47th St | Chicago | IL | 60609 |
| 32440 | Country Club Hills | 4237 W. 167th Street | Country Club Hills | IL | 60478 |
| 32441 | Pulaski (Office) | 3045 North Pulaski Rd | Chicago | IL | 60641 |
| 32450 | Frankfort | 19945 N Lagrange Rd | Frankfort | IL | 60423 |
| 32451 | Evanston  South | 951 Howard St. | Evanston | IL | 60202 |
| 32658 | Wentworth | 5401 Wentworth Avenue | Chicago | IL | 60609 |
| 34422 | Marquette | 4346 South Pulaski | Chicago | IL | 60632 |
| 34706 | Marshfield | 11730 S Marshfiel Ave - Space J1 | Chicago | IL | 60643 |
| 35080 | Pioneer Parkway | 1301 W Pioneer Pkwy Ste 105 | Peoria | IL | 61615 |
| 35082 | Prospect Road | 3712 N Prospect Rd | Peoria | IL | 61616 |
| 35083 | Sterling | 3311 N Sterling Avenue - Suite #2 | Peoria | IL | 61604 |
| 35084 | Campustown | 1200 W Main St - Suite #17 | Peoria | IL | 61606 |
| 35085 | Pekin | 513 S Parkway Drive | Pekin | IL | 61554 |
| 35087 | Germantown Hills | 417 Jubilee Lane | Germantown Hills | IL | 61548 |
| 35088 | Morton | 951 W Jackson St | Morton | IL | 61550 |
| 35090 | Parkway | 1700 Parkway Plaza Dr - Unit #1 | Normal | IL | 61761 |
| 35091 | East Peoria | 304 W Washington St | East Peoria | IL | 61611 |
| 35092 | Bartonville | 1401 W Garfield Avenue - Suite H | Bartonville | IL | 61607 |
| 35093 | Bloomington (office) | 103 E Hamilton Rd | Bloomington | IL | 61704 |

| 35190 | North Ave | 2516 W. North Avenue | Chicago | IL | 60647 |
|---|---|---|---|---|---|
| 35680 | Homer Glen | 14009 S Bell Rd | Homer Glen | IL | 60491 |
| 34750 | Bluffton Delco | 50 Burnt Church Rd | Bluffton | SC | 29910 |
| 34751 | Ridgeland Delco | 10856 N Jacob Smart Blvd | Ridgeland | SC | 29936 |
| 34752 | Beaufort Ladys | 10 Sams Point Road - Suite B2 | Beaufort | SC | 29907 |
| 34753 | Robert Smalls Pkwy | 35 Robert Smalls Pkwy | Beaufort | SC | 29902 |
| 34754 | Parris Island | 860 Parris Island Gateway | Port Royal | SC | 29906 |
| 36342 | Buck Walter (office) | 10 Discovery Drive | Bluffton | SC | 29910 |
| 35464 | Muskego | W189 S7791 Racine Avenue | Muskego | WI | 53150 |
| 35633 | Washington Avenue | 5000 Washington Ave | Racine | WI | 53406 |
| 35635 | Oconomowoc | 910 Summit Ave | Oconomowoc | WI | 53066 |
| 35637 | W Sunset Drive | 447 W Sunset Dr | Waukesha | WI | 53189 |
| 35641 | South Business Drive | 2727 S Business Dr | Sheboygan | WI | 53081 |
| 35642 | Summit Avenue | 1708 Summit Ave | Waukesha | WI | 53188 |
| 35647 | North Farwell | 2340 N Farwell Ave | Milwaukee | WI | 53211 |
| 35650 | New Berlin | 12426 W National Ave | New Berlin | WI | 53151 |
| 35651 | South 15th St | 1840 S 15th St | Milwaukee | WI | 53204 |
| 35653 | West Allis | 6728 Greenfield Ave | West Allis | WI | 53214 |
| 35654 | Douglas Avenue | 2401 Douglas Ave | Racine | WI | 53402 |
| 35655 | Roosevelt Road | 3001 Roosevelt Rd | Kenosha | WI | 53142 |
| 35657 | Pewaukee | 1350 W Capitol Dr | Pewaukee | WI | 53072 |
| 35660 | W Capitol Dr | 5704 W Capitol Dr | Milwaukee | WI | 53216 |
| 35661 | Fort Atkinson (office) | 1550 Madison Ave | Fort Atkinson | WI | 53538 |
| 35665 | Grafton | 2293 Wisconsin Ave (2225 Wisconsin Ave | Grafton | WI | 53024 |
| 35666 | S Taylor Dr | 523 S Taylor Dr | Sheboygan | WI | 53081 |
| 35667 | Burlington | 1080 Milwaukee Ave | Burlington | WI | 53105 |
| 35670 | S 76th St (Office) | 3921 76th St | Milwaukee | WI | 53220 |
| 35671 | S 27th St | 3555 S 27th St | Milwaukee | WI | 53221 |
| 35672 | West Silverspring Drive | 10400 W Silver Spring Dr - Suite #200 | Milwaukee | WI | 53225 |
| 35673 | Beaver Dam | 115 Industrial Drive E - Suite A | Beaver Dam | WI | 53916 |
| 35674 | West Bend (Office) | 1460 S Main St, St 13-14 | West Bend | WI | 53095 |

**SUCCESSFUL AND BACKUP BIDS FOR STORES IN GEORGIA AND SOUTH CAROLINA**

| Time | Bidder | Total Price | 34713, Hinesville Screven | 34716, Rincon | 34717, Statesboro | 34723, Savannah Ogeechee | 34728, Springfield | 34742, Garden City | 34744, Pooler | 34747, Adel | 34748, Hinesville Ogelthorpe | 34751, Ridgeland | 34752, Beaufort Sams Point | 34754, Port Royal | 36342, Bluffton | 34719, Waycross | 34726, Vaxley | 34730, Richmond Hill | 34731, Sandersville | 34737, Metter | 34740, Alma | 34741, Vidalia | 34743, Sylvania | 34745, Savannah Mall | 34746, Savannah Johnny Mercer | 34750, Bluffton | 34753, Beaufort Robert Smalls |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rank 1 (Successful Bidder)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 09:33:22 | Aditya "Eddie" Pannu: PZH Foods, LLC | 4,000,000 | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| 01/28/2025 18:07:08 | Asad "Adam" Mitha: Valor Pizza, LLC | 950,000 | | | | | | | | | | | | | | | X | | X | | | | X | X | X | X | X |
| 01/28/2025 18:17:11 | Pizza Hut LLC | 200,000 | | | | | | | | | | | | | | X | | X | | X | X | X | | | | | |
| **Total** | | **5,150,000** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Rank 2 (Backup Bidder)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 09:33:22 | Aditya "Eddie" Pannu: PZH Foods, LLC | 4,000,000 | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| 01/28/2025 17:34:37 | Piyushkumar "Piyush" Patel: Rama 24 Holding, Inc. | 828,000 | | | | | | | | | | | | | | | X | | X | | | | X | X | X | | X |
| 01/28/2025 17:39:07 | Pizza Hut LLC | 240,000 | | | | | | | | | | | | | | X | | X | | X | X | X | | | | X | |
| **Total** | | **5,068,000** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Rank 3 (2nd Backup)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 09:33:22 | Aditya "Eddie" Pannu: PZH Foods, LLC | 4,000,000 | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| 01/28/2025 15:17:59 | Asad "Adam" Mitha: Valor Pizza, LLC | 1,095,000 | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X |
| **Total** | | **5,095,000** | | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit B

**SUCCESSFUL AND BACKUP BIDS FOR STORES IN ILLINOIS**

EYM Illinois

| Time Bidder | Total Price | 32421, Shorewood | 32425, Morton Grove | 32427, Sycamore | 32430, Plano | 32431, Morton Grove Dempster | 32432, Chicago 88th | 32433, Chicago 47th | 32440, Country Club Hills | 32441, Chicago N. Pulaski | 32451, Evanston | 32658, Chicago Wentworth | 35085, Pekin | 35090, Normal | 35091, East Peoria | 35092, Bartonville | 35093, Bloomington | 34422, Chicago S Pulaski | 35190, Chicago N. Ave | 32426, Bourbonnais | 32429, New Lenox | 32450, Frankfort | 34706, Chicago Marshfield | 35080, Peoria Pioneer | 35082, Peoria Prospect | 35083, Peoria Sterling | 35084, Peoria Main | 35087, Germantown Hills | 35088, Morton | 35680, Homer Glen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rank 1 (Successful Bidders)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 11:51:33 Neil Patel, NRP LLC, Kenny Patel, KK MGMT, LLC | 3,850,000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | X | | X | | | | |
| 01/28/2025 17:48:18 Shantilal "Shawn" Patel | 250,000 | | | | | | | | | | | | | | | | | | | X | X | X | X | | | | | | | X |
| 01/28/2025 18:56:44 Pizza Hut LLC | 160,000 | | | | | | | | | | | | | | | | | | | | | | | | X | | X | X | X | |
| **Total** | **4,260,000** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Rank 2 (Backup Bidders)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 11:51:33 Neil Patel, NRP LLC, Kenny Patel, KK MGMT, LLC | 3,850,000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | X | | X | | | | |
| 01/28/2025 17:49:34 Pizza Hut LLC | 360,000 | | | | | | | | | | | | | | | | | | | X | X | X | X | | X | | X | X | X | X |
| **Total** | **4,210,000** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit C

Page 1 of 1

## SUCCESSFUL AND BACKUP BIDS FOR STORES IN WISCONSIN

EYM Wisconsin

| Time Bidder | Total Price | 35635, Oconomowoc | 35651, Milwaukee 15th | 35655, Kenosha | 35665, Grafton | 35670, Milwaukee 76th | 35671, Milwaukee 27th | 35673, Beaver Dam | 35464, Muskego | 35633, Racine Washington | 35637, Waukesha Sunset | 35641, Sheboygan Business | 35642, Waukesha Summit | 35647, Milwaukee Farwall | 35650, New Berlin | 35653, West Allis | 35654, Racine Douglas | 35657, Pewaukee | 35660, Milwaukee Capitol | 35661, Fort Atkinson | 35666, Sheboygan Taylor | 35667, Burlington | 35672, Milwaukee Silver Spring | 35674, West Bend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rank 1 (Successful Bidders)** | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 15:27:06 Aditya "Eddie" Pannu: PZH Foods, LLC | 1,700,000 | X | X | X | X | X | X | X | X | | | | | | | | | | X | | | | | |
| 01/28/2025 16:13:17 Pizza Hut, LLC | 360,000 | | | | | | | | | X | X | | | X | X | X | X | | | | X | | X | X |
| 01/28/2025 16:46:51 Mark Dillon: PH Hospitality Group, LLC | 310,000 | | | | | | | | | | | X | X | | | | | X | | X | | X | | |
| **Total** | **2,370,000** | | | | | | | | | | | | | | | | | | | | | | | |
| **Rank 2 (Backup Bidders)** | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 13:44:44 Mark Dillon: PH Hospitality Group, LLC | 170,000 | | | | | | | | | X | | | | | | | | | | | X | | | X |
| 01/28/2025 15:27:06 Aditya "Eddie" Pannu: PZH Foods, LLC | 1,700,000 | X | X | X | X | X | X | X | X | | | | | | | | | | X | | | | | |
| 01/28/2025 16:14:39 Pizza Hut, LLC | 480,000 | | | | | | | | | | X | X | X | X | X | X | X | X | | X | | X | X | |
| **Total** | **2,350,000** | | | | | | | | | | | | | | | | | | | | | | | |
| **Rank 3 (2nd Backup Bidders)** | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/28/2025 13:46:17 Mark Dillon: PH Hospitality Group, LLC | 110,000 | | | | | | | | | X | | | | | | | | | | | X | | | |
| 01/28/2025 15:27:06 Aditya "Eddie" Pannu: PZH Foods, LLC | 1,700,000 | X | X | X | X | X | X | X | X | | | | | | | | | | X | | | | | |
| 01/29/2025 11:41:17 Pizza Hut, LLC | 520,000 | | | | | | | | | | X | X | X | X | X | X | X | X | | X | | X | X | X |
| **Total** | **2,330,000** | | | | | | | | | | | | | | | | | | | | | | | |